# CHARLES R. MANES ET AL.

## v.

# ISIDOR C. ISTEL ET AL.

---

San Juan, Law, No. 584.

The question as to whether local statutes requiring an attorney's fee, in addition to the other costs and expenses, to be allowed to the prevailing party, is applicable to this court, is *stare decisis* against the proposition, under Barbosa v. Bird, 1 Porto Rico Fed. Rep. 79.

Memorandum filed June 18, 1909.

---

*Messrs. Joseph Anderson, Jr.* and *Andres B. Crosas,* attorneys for plaintiffs.

*Mr. J. R. F. Savage,* attorney for defendants.

RODEY, Judge, filed the following memorandum:

This cause is before us on a motion of the plaintiffs for the

Manes v. Istel.

allowance of an attorneys' fee, which counsel request be fixed at the sum of $450.

The court regrets that it has heretofore allowed several attorneys' fees in different cases under local statute in this court, and will assume that counsel applying for the same did not know the matter was *stare decisis* here, because the court's attention has not been called to the matter before. In the case of Barbosa v. Bird, 1 Porto Rico Fed. Rep. 79, that question was settled.

Therefore, no fee will be allowed save in accordance with some law of the United States, and the application in this case for any other or different fee wil be denied. An order to that effect will be entered.